IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PLANET HOME LENDING, LLC** § | | **PLAINTIFF** |
| § | | |
| v. § | **Civil No. 1:25-cv-00085-HSO-BWR** | |
| § | | |
| **SAVANNAH R. GUY,** § | | |
| **JONATHAN J. GUY, and** § | | |
| **UNITED STATES OF AMERICA** § | | **DEFENDANTS** |
| *On behalf of the Secretary of Housing* § | | |
| *and Urban Development* § | | |

## FINAL JUDGMENT

In accord with the Court's Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 26th day of September, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE